United States District Court
Eastern District of Missouri
[Eastern Division]

A.P., as the surviving natural son of Amy Pollack, deceased, by and through his natural grandfather and Next Friend, BARRY POLLUCK, and

G.A., as the surviving natural son of Amy Pollack, deceased, by and through his natural grandfather and Next Friend, BARRY POLLUCK, and

BARRY POLLOCK, as the surviving father of Amy Pollock, deceased, and

ANGIE POLLOCK, as the surviving mother of Amy Pollock, deceased,

    PLAINTIFFS,

v.

CITY OF ST. LOUIS, by and through its Department of Public Safety, Division of Corrections, and

ALICIA WILLIAMS, in her official and individual capacity, and

LT. RAYSHELL MCPHERSON, in her official and individual capacity, and

LT. TERENCE MILLER, in his official and individual capacity, and

LT. ANDREA MARTIN, in his official and individual capacity, and

JANETTE BURTON, in her official and individual capacity, and

ALETRIS DRUMMER, in her official and individual capacity, and

Cause No. 4:20-cv-01547

JURY TRIAL DEMANDED

BRANDON VONDERHEIDT, in his official and individual capacity, and

JAMALL JOE, in his official and individual capacity, and

TAMECO BRYANT, in his official and individual capacity, and

FRED RAYFORD, in his official and individual capacity, and

LT. HARRISON LYNDSEY, in his official and individual capacity, and

CHARLES NELSON, in his official and individual capacity, and

HEATHER BECK, in his official and individual capacity, and

COREY PRANGE, in his official and individual capacity, and

AMBER BASS, in his/her official and individual capacity, and

PHILANDER HIGHUES, in his/her official and individual capacity, and

OCTAVIA JOHNSON, in his/her official and individual capacity, and

NAKIA CHANDLER, in his/her official and individual capacity, and

JULIA RUECKERT, in his/her official and individual capacity, and

MINETTE WATKINS, in his/her official and individual capacity, and

ROSE JOHNSON, in his/her official and individual capacity, and

LT. MARK BENJAMIN, in his/her official and individual capacity, and

LT. GWENDOLYN BUTLER, in his/her official and individual capacity, and

VERONICA WASHINGTON, in his/her official and individual capacity, and

BRITTANEY INGRAM, in his/her official and individual capacity, and

CARLOS LUNA, in his/her official and individual capacity, and

TIMOTHY MANN, in his/her official and individual capacity, and

LENITA CHERRY, in his/her official and individual capacity, and

KELLY MORROW, in his/her official and individual capacity, and

THOMAS PARKS, in his/her official and individual capacity, and

LT. WALTER RAY, in his/her official and individual capacity, and

LT. KEITH LENHARTH, in his/her official and individual capacity, and

LOUIS HYGRADE, in his/her official and individual capacity, and

RUSSELL ROBERTS, in his/her official and individual capacity, and

LT. KIMOLA MUHAMMAD, in his/her official and individual capacity, and

ELSA DIGGS, in his/her official and individual capacity, and

ANITA KERN, in his/her official and individual capacity, and

DENNIS HOFFMAN, in his/her official and individual capacity, and

LONNIE UNION, in his/her official and individual capacity, and

TERRIS HENDERSON, in his/her official and individual capacity, and

MACHELL THOMAS, in his/her official and individual capacity, and

MATTHAIS ARTHUR, in his/her official and individual capacity, and

LT. ANTHONY HOKE, in his/her official and individual capacity, and

SARITA COLLINS, in his/her official and individual capacity, and

MECHEE MARTIN GIVENS, in his/her official and individual capacity, and

BRANDON VON, in his/her official and individual capacity, and

JERRID ROSS, in his/her official and individual capacity, and

CORDELL RUCKER, in his/her official and individual capacity, and

LT. ANDREW VANDERUSEN, in his/her official and individual capacity, and

KEVIN RANDOLPH, in his/her official and individual capacity, and

TYRONE ROBERTS, in his/her official and individual capacity, and

CHANDRA CARTER, in his/her official and individual capacity, and

FELICIA MCKINNEY, in his/her official and individual capacity, and

ANTHONY WHITE, in his/her official and individual capacity, and

BARRY MARTIN, in his/her official and individual capacity, and

CYSTAL CAMPBELL, in his/her official and individual capacity, and

AISHA TURNER, in his/her official and individual capacity, and

MCKEVIN DAVIS, in his/her official and individual capacity, and

RYAN BRANSON, in his/her official and individual capacity, and

CHRISTINA JOHNSON, in his/her official and individual capacity, and

SEAN JOHNSON, in his/her official and individual capacity, and

SHERONICA CRANE, in his/her official and individual capacity, and

LT. PAMELA CLARK, in his/her official and individual capacity, and

LT. JOHN COPHER, in his/her official and individual capacity, and

LT. IRENE JACKSON, in his/her official and individual capacity, and

CPT. MELVIN DIGGS, in his/her official and individual capacity, and

SHONTA FRENCH, in his/her official and individual capacity, and

PATRICIA TRIPP, in his/her official and individual capacity, and

JEFFREY CARSON, in his/her official and individual capacity,

| DEFENDANTS. | |
|---|---|

## NOTICE OF REMOVAL TO FEDERAL COURT

COMES NOW Defendant City of St. Louis ("City"), pursuant to 28 U.S.C. Section 1446(a), and notify this Court of the Removal of *Barry Pollock, et al. v. City of St. Louis, et al.*, Cause No. 1922-CC11401, from the 22nd Judicial Circuit Court of Missouri, to the U.S. District Court for the Eastern District of Missouri. As grounds for removal, City states as follows:

1. On August 30, 2019, Barry Pollock and other named plaintiffs filed their wrongful death action against Defendants in the 22nd Judicial Circuit Court of Missouri, styled as *Barry Pollock, et al. v. City of St. Louis, et al.*, Cause No. 1922-CC11401.

2. Plaintiffs plead five counts in their lawsuit, alleging that on September 3, 2016, Amy Pollock, an inmate at the City's Medium Security Institution Workhouse (MSI), died by suicide after hanging herself from a sprinkler-head in her cell, that Ms. Pollack's death was negligently caused by the City Defendants in their construction and maintenance of the exposed sprinkler system, their failure to adequately monitor Ms. Pollack, their failure to provide adequate medical care in violation of the Fourth, Eighth and Fourteenth Amendments of the United States Constitution constituting deliberate indifference to the medical needs of Ms. Pollack and pursuant to unconstitutional policies and practices of St. Louis City.

3. Specifically, Plaintiffs allege that "actions of Defendants, both individually, and acting together constitute cruel and unusual punishment and violate the Eighth Amendment to the Constitution of the United States" (Pl.'s Compl., para. 69); and "Defendants policies, procedures and customs and practices allowed the jail facility to be operated with no appropriately trained correctional officers and medical staff who could provide proper care for inmates, or properly respond to an inmate's serious medical needs including suicidality and severe mental illness" (Pl.'s

Compl., para. 77; and these actions "constitute cruel and unusual punishment and a violation of Decedent's due process rights, and violate the Eighth Amendment and Fourteenth Amendment to the Constitution of the United States." (Pl.'s Compl., para. 81).

4. These claims brought under the Eighth and Fourteenth Amendments invoke federal question jurisdiction pursuant to 28 U.S.C. § 1331.

5. Accordingly, this Court has original jurisdiction over Plaintiffs' §1983 claims pursuant to 28 U.S.C. §1331.

6. Venue is proper in this District pursuant to 28 U.S.C. §1441(a) because this District and Division embrace the place in which the removed action has been pending.

7. Pursuant to Local Rule 2.03, a copy of all process, pleadings, orders and other documents on file in the State court are attached hereto as Exhibits "A" through "O".

8. The City was served on September 28, 2020. Defendants have removed this case within thirty days thereafter. Such removal is timely pursuant to 28 U.S.C. §1446(b) and *Murphy Brothers, Inc. v. Michetti Pipe Stringing, Inc.*, 526 U.S. 344, 354-355 (1999). To date, no other defendant has been served.

9. Defendants herewith submit the filing fee in the amount of $400.00 and the proof of filing the notice of removal with the Clerk and State court.

WHEREFORE, Defendants remove *Barry Pollock, et al. v. City of St. Louis, et al.*, Cause No. 1922-CC11401, from the 22nd Judicial Circuit Court of Missouri to this Court for all further proceedings.

Respectfully submitted,
MICHAEL A. GARVIN,
CITY COUNSELOR

By:   */s/ Catherine Dierker* #70025(MO)
Assistant City Counselor
dierkerc@stlouis-mo.gov
Andrew D. Wheaton #65269(MO)

Associate City Counselor
wheatona@stlouis-mo.gov
1200 Market Street
City Hall Room 314
St. Louis, Missouri 63103
Phone: 314-622-3361
Fax: 314-622-4956

**Certificate of Service**

I hereby certify that on October 29, 2020, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system to all attorneys of record.

/s/ Catherine Dierker