**1922-CC11401**

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**IN THE CIRCUIT COURT OF ST. LOUIS CITY,
STATE OF MISSOURI**

| | | |
|---|---|---|
| **A.P., as the surviving natural son of Amy Pollock, deceased, by and through his natural grandfather and Next Friend, BARRY POLLOCK,** | ) ) ) ) ) | **Cause No:** **Division:** |
| and | ) ) | |
| **G.A., as the surviving natural son of Amy Pollock, deceased, by and through his natural grandfather and Next Friend, BARRY POLLOCK,** | ) ) ) ) ) | |
| and | ) ) | |
| **BARRY POLLOCK, as the surviving father of Amy Pollock, deceased,** | ) ) ) | **TRIAL BY JURY DEMANDED** |
| and | ) ) | |
| **ANGIE POLLOCK, as the surviving mother of Amy Pollock, deceased,** | ) ) ) | |
| Plaintiffs, | ) ) | |
| **v.** | ) ) | |
| **CITY OF ST. LOUIS, MISSOURI by and though its Department of Public Safety, Division of Corrections,** Serve: HOLD SERVICE | ) ) ) ) ) | |
| and | ) ) | |
| **ALICIA WILLIAMS, in her official and individual capacity,** Serve: HOLD SERVICE | ) ) ) | |
| and | ) ) | |
| **Lt. RAYSHELL MCPHERSON, in her official and Individual capacity,** Serve: HOLD SERVICE | ) ) ) | |

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**Lt. TERENCE MILLER, in his official and individual capacity,**
Serve: HOLD SERVICE

and

**Lt. KEITH LENHARTH, in his official and individual capacity,**
Serve: HOLD SERVICE

and

**Lt. ANDREA MARTIN, in his official and individual capacity,**
Serve: HOLD SERVICE

and

**JANNETTE BURTON, in her official and individual capacity,**
Serve: HOLD SERVICE

and

**ALETRIS DRUMMER, in her official and individual capacity,**
Serve: HOLD SERVICE

and

**BRANDON VONDERHEIDT, in his official and Individual capacity,**
Serve: HOLD SERVICE

and

**JAMALL JOE, in her official and individual capacity,**
Serve: HOLD SERVICE

and

**TAMECO BRYANT, in her official and individual capacity,**
Serve: HOLD SERVICE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

and                                                    )
                                                       )
**FRED RAYFORD, in his official and individual**       )
**capacity,**                                          )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**Lt. HARRISON LYNDSEY, in his official and**          )
**Individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**CHARLES NELSON, in his/her official and**            )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**HEATHER BECK, in his/her official and**              )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**COREY PRANGE, in his/her official and**              )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**AMBER BASS, in his/her official and**                )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**PHILANDER HUGHES, in his/her official and**          )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**OCTAVIA JOHNSON, in his/her official and**           )
**individual capacity,**                               )

Electronically Filed - City of St. Louis - August 30, 2019 - 06:36 PM

Serve: HOLD SERVICE )
)
and )
)
**NAKIA CHANDLER, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**JULIA RUECKERT, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**MINNETTE WATKINS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**ROSE JOHNSON, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**Lt. MARK BENJAMIN, in his official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**Lt. GWENDOLYN BUTLER, in her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**VERONICA WASHINGTON, in her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**BRITTANEY INGRAM, in her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**CARLOS LUNA, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**TIMOTHY MANN, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**LENITA CHERRY, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**KELLY MORROW, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**THOMAS PARKS, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**Lt. WALTER RAY, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

and

**Lt. KEITH LENHARTH, in his/her official and**
**individual capacity,**
Serve: HOLD SERVICE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

and                                                    )
                                                       )
**LOUIS HYGRADE, in his/her official and**             )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**RUSSELL ROBERTS, in his/her official and**           )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**Lt. KIMOLA MUHAMMAD, in his/her official and**       )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**ELSA DIGGS, in his/her official and**                )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**ANITA KERN, in his/her official and**                )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**DENNIS HOFFMANN, in his/her official and**           )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**LONNIE UNION, in his/her official and**              )
**individual capacity,**                               )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**TERRIS HENDERSON, in his/her official and**          )
**individual capacity,**                               )

Electronically Filed - City of St. Louis - August 30, 2019 - 06:36 PM

Serve: HOLD SERVICE ) 
)
and )
)
**MACHELL THOMAS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**MATTHAIS ARTHUR, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**Lt. ANTHONY HOKE, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**SARITA COLLINS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**MECHEE MARTIN GIVENS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**BRANDON VON, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)
**JERRID ROSS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
)
and )
)

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**CORDELL RUCKER, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**Lt. ANDREW VANDERUSEN, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**KEVIN RANDOLPH, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**TYRONE ROBERTS, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**CHANDRA CARTER, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**FELICIA MCKINNEY, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**ANTHONY WHITE, in his/her official and individual capacity,**
Serve: HOLD SERVICE

and

**BARRY MARTIN, in his/her official and individual capacity,**
Serve: HOLD SERVICE

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

and                                                          )
                                                             )
**CRYSTAL CAMPBELL, in his/her official and**                )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**AISHA TURNER, in his/her official and**                    )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**MCKEVIN DAVIS, in his/her official and**                   )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**RYAN BRANSON, in his/her official and**                    )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**CHRISTINA JOHNSON, in his/her official and**               )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**SEAN JOHNSON, in his/her official and**                    )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**SHERONICA CRANE, in his/her official and**                 )
**individual capacity,**                                     )
Serve: HOLD SERVICE                                          )
                                                             )
and                                                          )
                                                             )
**Lt. PAMELA CLARK, in his/her official and**                )
**individual capacity,**                                     )

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

Serve: HOLD SERVICE )
 )
and )
 )
**Lt. JOHN COPHER, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**Lt. IRENE JACKSON, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**Cpt. MELVIN DIGGS, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**SHONTA FRENCH, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**PATRICIA TRIPP, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**JEFFREY CARSON, in his/her official and** )
**individual capacity,** )
Serve: HOLD SERVICE )
 )
and )
 )
**CORIZON HEALTH, INC., d/b/a CORIZON** )
**HEALTH d/b/a CORIZON CORRECTIONAL** )
**HEALTH d/b/a CORIZON** )
Serve: HOLD SERVICE )
 )
and )

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**FARZANA SIDDIQUE, MD,**                              )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**BRENDA MALLARD, MD,**                                )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**CLARENCE LEWIS,**                                    )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**TAMMY KUYKENDOLL,**                                  )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**FURETTA PERSON-BROOKS,**                             )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**ROSCHELLE NORTON,**                                  )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**MEGAN KITTNELL,**                                    )
Serve: HOLD SERVICE                                    )
                                                       )
and                                                    )
                                                       )
**KATI RANKIN,**                                       )
Serve: HOLD SERVICE                                    )
                                                       )
Defendants.                                            )

## PETITION FOR DAMAGES

COMES NOW Plaintiffs, by and through their undersigned counsel, and for their causes

of action against the above captioned Defendants, state and allege as follows:

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

### PARTIES, JURISDICTION AND VENUE

1. This is a wrongful death action brought by A.P., by and through his natural grandfather and next friend BARRY POLLUCK, G.A., by and through his natural grandfather BARRY POLLOCK and BARRY POLLOCK and ANGIE POLLOCK.

2. That at the time of her death, Amy Pollock (hereinafter also referred to as the "decedent"), was survived by his natural mother and father, Barry Pollock and Angie Pollock, and her natural sons, A.P. and G.A, who are four of the individuals within the class of those entitled to bring and maintain a wrongful death action for the death of Amy Pollock, as per the provisions of RSMo § 537.080.1(1).

3. That Defendant City of St. Louis, Missouri, acting by and through its Department of Public Safety, Division of Corrections, is and was at the times hereinafter stated a municipality and city existing under and by virtue of the laws of the state of Missouri with its principal place of business located at 1200 Market Street, St. Louis, MO 63103.

4. That Defendants Alicia Williams, Rayshell McPherson, Terence Miller, Keith Lenharth, Andrea Martin, Jannette Burton, Aletris Drummer, Brandon Vonderheidt, Jamall Joe, Tameco Bryant, Fred Rayford, Harrison Lyndsey, Charles Nelson, Heather Beck, Corey Prange, Amber Bass, Philander Hughes, Octavia Johnson, Nakia Chandler, Julia Rueckert, Minnette Watkins, Rose Johnson, Mark Benjamin, Gwendolyn Butler, Veronica Washington, Brittaney Ingram, Carlos Luna, Timothy Mann, Lenita Cherry, Kelly Morrow, Thomas Parks, Walter Ray, Keith Lenharth, Louis Hygrade, Russell Roberts, Kimola Muhammad, Elsa Diggs, Anita Kern, Dennis Hoffman, Lonnie Union, Terris Henderson, Machell Thomas, Matthais Arthur, Anthony Hoke, Sarita Collins, Mechee Martin Givens, Brandon Von, Jerrid Ross, Cordell Rucker, Andrew Vanderusen, Kevin

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

Randolph, Tyrone Roberts, Chandra Carter, Felicia McKinney, Anthony White, Barry Martin, Crystal Campbell, Aisha Turner, McKevin Davis, Ryan Branson, Christina Johnson, Sean Johnson, Sheronica Crane, Pamela Clark, John Copher, Irene Jackson, Melvin Diggs, Shonta French, Patricia Tripp and Jeffrey Carson were at all times herein mentioned residents of the State of Missouri, and were acting within the course and scope of their employment with the City of St. Louis, Division of Corrections, as correctional officers at the City of St. Louis's Medium Security Institution, also known as the Work House, located at 7600 Hall Street, St. Louis, MO.

5. That Defendant Corizon Health Inc., d/b/a Corizon Health d/b/a Corizon Correctional Health d/b/a Corizon (hereinafter referred to "Corizon") is and was at all times herein mentioned a corporation organized pursuant to the laws of the State of Tennessee, with its principal place of business located in Brentwood, Tennessee, and is engaged in the business of providing health care, and health care services, to inmates.

6. That Defendant Farzana Siddique, MD was at all times herein mentioned a resident of the State of Missouri, and a licensed physician pursuant to the laws of the State of Missouri.

7. That Defendant Brenda Mallard, MD was at all times herein mentioned a resident of the State of Missouri, and a licensed physician pursuant to the laws of the State of Missouri.

8. That Defendants Clarence Lewis and Tammy Kuykendoll were at all times herein mentioned residents of the State of Missouri, and were licensed mental health providers pursuant to the laws of the State of Missouri.

9. That Defendants Furetta Person-Brooks, Roschelle Norton, Megan Kittnell and Kati Rankin were at all times herein mentioned residents of the State of Missouri, and were licensed health care providers pursuant to the laws of the State of Missouri.

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

10. That this Court has personal jurisdiction over the parties because the claims herein arise out of the commission of a tort in the State of Missouri.

11. That venue is proper in this Court pursuant to Section 508.010 of the Revised Statutes of Missouri.

## FACTS COMMON TO ALL ALLEGATIONS

12. That on September 3, 2016 Amy Pollock died as a result of hanging at the Medium Security Institution (hereinafter referred to as the "Work House"), which was owned, operated and controlled by the City of St. Louis, Department of Public Safety, Division of Corrections.

13. That suicide by hanging is the number one cause of death among inmates in the United States and the Work House has had multiple suicide related deaths at its facilty prior to September 3, 2016.

14. Amy Pollock committed suicide in Cell 4-11 at the Work House, by tying a bed sheet around her neck and tying the other end to an exposed sprinkler head that was missing a coupling which would have prevented it from being used as a tie off point.

15. That cell 4-11 was designed in a manner that the sprinkler head could easily be accessed by an inmate, by standing on the toilet and used in a suicide attempt.

16. That on or about 7/25/2016, Amy Pollock was transferred to the Work House after being arrested by the St. Louis City Police Department. Amy Pollock was detained at the Work House from 7/25/2016 to the time of her death.

17. During that time, Amy Pollock was placed under the care of the correctional officers at the Work House as well as the medical staff.

18. Upon information and belief, the Medical staff at the Work House was provided, pursuant to a contractual agreement, with Defendant Corizon.

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

19. Upon information and belief, Defendant Farzana Siddique, MD, Defendant Brenda Mallard, MD, Defendant Clarence Lewis, Defendant Tammy Kuykendoll, Defendant Furetta Person-Brooks, Defendant Roschelle Norton, Defendant Megan Kittnell and Defendant Kati Rankin were at all times herein mentioned employees and/or agents of Defendant Corizon, and at all times herein mention were acting with in the scope and course of their employment with Corizon.

20. Upon information and belief, that from 7/25/2016 to 9/3/2016, Amy Pollock made numerous suicidal statements, exhibited multiple signs of mental illness, depression, erratic behavior, and exhibited multiple signs of suicidality.

21. That prior to her suicide on September 3, 2019, Amy Pollock exhibit serve signs of depression and made several suicidal statements.

22. That from 7/25/2016 to 9/3/2016 Amy Pollock was never physically evaluated by a doctor or physicians at the Work House.

23. That at some time prior to 9/3/2016, Amy Pollock was placed on suicide watch pursuant to the policies and procedures of the Work House.

24. Said Policy requires an inmate be monitored every 10 minutes to protect the inmate from self-harm. The policy mandates that once an inmate is placed on suicide watch, only a mental health professional may remove the inmate from watch.

25. Despite this rule, Amy Pollock was removed from watch prior to her fatal suicide, without clearance or approval from a mental health professional.

26. Additionally, at the time of Amy Pollock's fatal suicide, she was not on any monitoring, when pursuant to the City Work House's mandatory policies and procedures, she must

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

have been, due to her severe mental illness and condition and her history of drug abuse, mental illness and prior suicide attempts.

27. That contrary to Work House mandatory policy and procedure, Amy Pollock had been confined to her cell for more than thirty days at the time of her fatal suicide attempt.

28. That in September 3, 2016 at approximately 4pm, Correctional Officer Alicia Willams, walked by cell 4-11 and saw Amy Pollock standing on the toilet in her cell. Officer Willams did not enter the cell, speak to Amy Pollock, or take any action at the time to prevent Amy Pollock's suicide.

29. That between 4:05 and 4:15pm on September 3, 2019, Amy Pollock was found hanging over the toilet in cell 4-11 by another inmate at the Work House.

## COUNT I

### WRONGFUL DEATH -
### PREMISES LIABILITY
### Plaintiffs v. City of St. Louis, Department of Public Safety, Division of Corrections

30. That Plaintiffs incorporate by reference, as if fully set forth herein, the allegations contained in paragraphs 1-29 of Plaintiff's Petition for Damages.

31. That Defendant City of St. Louis operates and otherwise controls the Work House.

32. That although Defendant was aware of the danger of inmates committing suicide while in custody, Defendant permitted a dangerous condition to exists in cell number 4-11 in the form of the aforementioned sprinkler head, that was missing a coupling.

33. Defendants was also aware that other inmates had committed suicide by hanging at its facility.

34. However, despite this actual knowledge, Defendants placed Cody Ousley in cell number 4-11, which contained the means and access for him to attempt suicide, without first

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

removing the sprinkler head and/or taking any other measures to eliminate the means for Plaintiff to attempt hanging.

35. That the aforesaid death of Amy Pollock was directly and proximately caused by the negligence and carelessness of Defendant in the following respects, to-wit:

    a.  That Defendant allowed and permitted a dangerous condition to exist and remain upon their premises, more specifically, the aforementioned sprinkler head, which gave an inmate the time and easy means to hang themselves if they so desired.

    b.  That because of Defendants' knowledge of the danger of inmate suicides by hanging, and the previous hanging attempts at its facility, they had actual knowledge of the dangerous condition on its premises.

    c.  That Defendant failed to remove and/or abate said dangerous condition, when in the excise of ordinary care they should and would have.

    d.  That Defendant designed and furnished its cell in a manner that created said dangerous condition, which led directly to Amy Pollock's death.

    e.  That said dangerous conditions were the direct and proximate cause of Amy Pollock's death.

36. That as a direct and proximate result of the carelessness and negligence of Defendant, Amy Pollock died on September 3, 2016.

37. That as a direct and proximate result of the negligence of Defendant, Amy Pollock was caused to suffer conscious pain and suffering and mental anguish up until the time of her death on September 3, 2016.

38. Plaintiffs have incurred funeral expenses on account of the death of Amy Pollock in an amount to be determined; that Plaintiffs have sustained pecuniary loss in the form of the

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

future earnings of Decedent pursuant to R.S.Mo. § 537.090 and the value of Decedent's services in amounts to be determined; and that Plaintiffs, have been deprived of loss of services, companionship, comfort, instruction, guidance, counsel, training and support of Decedent.

WHEREFORE, Plaintiffs state that they have been damaged and all others entitled by law to participate in this cause of action have been damaged, for which damage they pray judgment against Defendant in such sum as may be fair and reasonable in the premises, but in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs herein and for such other and further relief as this Court deems just and proper.

## COUNT II

### WRONGFUL DEATH-
### MEDICAL NEGLIGENCE

**Plaintiffs v.**
**Corizon, Farzana Siddique, MD, Brenda Mallard, MD, Clarence Lewis, Tammy Kuykendoll, Furetta Person-Brooks, Roschelle Norton, Megan Kittnell and Kati Rankin**

39. Plaintiffs incorporate by reference, as if fully set forth herein, the allegations contained in paragraphs 1 – 38 of Plaintiff's Petition for Damages.

40. That Defendants Farzana Siddique, MD and Brenda Mallard, MD were at all times herein medical doctors and licensed to practice in the State of Missouri and that at all times mentioned herein accepted Decedent Amy Pollock as their patient and provided her with medical care and treatment from 7/25/2016 to 9/3/2016.

41. That at all time herein Farzana Siddique, MD and Brenda Mallard, MD were agents and/or employees of Corizon and were acting pursuant to their employment, agency, and/or privileges.

42. That Defendants Clarence Lewis and Tammy Kuykendoll, were at all times herein licensed mental health providers and licensed to practice in the State of Missouri and that at all times mentioned herein accepted Decedent Amy Pollock as their patient and provided her with medical care and treatment from 7/25/2016 to 9/3/2016.

43. That at all time herein Defendants Clarence Lewis and Tammy Kuykendoll were agents and/or employees of Corizon and were acting pursuant to their employment, agency, and/or privileges.

44. That Defendants Furetta Person-Brooks, Roschelle Norton, Megan Kittnell and Kati Rankin were at all times herein licensed health providers and nurses, licensed to practice in the State of Missouri and that at all times mentioned herein accepted Decedent Amy Pollock as their patient and provided her with medical care and treatment from 7/25/2016 to 9/3/2016.

45. That at all time herein Defendants Furetta Person-Brooks, Roschelle Norton, Megan Kittnell and Kati Rankin were agents and/or employees of Corizon and were acting pursuant to their employment, agency, and/or privileges.

46. That Defendants were negligent and careless in the following respects:

    a. That Defendants negligently and carelessly failed to provide an adequate and complete assessment, evaluation and management of decedent.

    b. That Defendants negligently and carelessly failed to properly diagnose decedent as a high suicide risk.

    c. That Defendants failed to adequately assess Decedent for suicide risk.

    d. That Defendants negligently and carelessly failed to do an independent evaluation of Decedent's medical history;

19

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

e. That Defendants negligently and carelessly failed to obtain Decedent's suicide history.

47. That as a direct and proximate result of the carelessness and negligence of Defendants, Amy Pollock died on September 3, 2016.

48. That as a direct and proximate result of the negligence of Defendants, Amy Pollock was caused to suffer conscious pain and suffering and mental anguish up until the time of her death on September 3, 2016.

49. Plaintiffs have incurred funeral expenses on account of the death of Amy Pollock in an amount to be determined; that Plaintiffs have sustained pecuniary loss in the form of the future earnings of Decedent pursuant to R.S.Mo. § 537.090 and the value of Decedent's services in amounts to be determined; and that Plaintiffs, have been deprived of loss of services, companionship, comfort, instruction, guidance, counsel, training and support of Decedent.

WHEREFORE, Plaintiffs state that they have been damaged and all others entitled by law to participate in this cause of action have been damaged, for which damage they pray judgment against Defendants in such sum as may be fair and reasonable in the premises, but in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs herein and for such other and further relief as this Court deems just and proper.

## COUNT III

## WRONGFUL DEATH

### Plaintiffs v.

**Alicia Williams, Rayshell McPherson, Terence Miller, Keith Lenharth, Andrea Martin, Jannette Burton, Aletris Drummer, Brandon Vonderheidt, Jamall Joe, Tameco Bryant, Fred Rayford, Harrison Lyndsey, Charles Nelson, Heather Beck, Corey Prange, Amber Bass, Philander Hughes, Octavia Johnson, Nakia Chandler, Julia Rueckert, Minnette**

**Watkins, Rose Johnson, Mark Benjamin, Gwendolyn Butler, Veronica Washington, Brittaney Ingram, Carlos Luna, Timothy Mann, Lenita Cherry, Kelly Morrow, Thomas Parks, Walter Ray, Keith Lenharth, Louis Hygrade, Russell Roberts, Kimola Muhammad, Elsa Diggs, Anita Kern, Dennis Hoffman, Lonnie Union, Terris Henderson, Machell Thomas, Matthais Arthur, Anthony Hoke, Sarita Collins, Mechee Martin Givens, Brandon Von, Jerrid Ross, Cordell Rucker, Andrew Vanderusen, Kevin Randolph, Tyrone Roberts, Chandra Carter, Felicia McKinney, Anthony White, Barry Martin, Crystal Campbell, Aisha Turner, McKevin Davis, Ryan Branson, Christina Johnson, Sean Johnson, Sheronica Crane, Pamela Clark, John Copher, Irene Jackson, Melvin Diggs, Shonta French, Patricia Tripp and Jeffrey Carson**

50. Plaintiffs incorporate by reference, as if fully set forth herein, the allegations contained in paragraphs 1 – 49 of Plaintiff's Petition for Damages.

51. That Defendants were at all times herein referred officers employed by Defendant City of St. Louis.

52. At all times herein mentioned Defendants were acting in the course and scope of their employment with the City Department of Safety, Division of Corrections, and were subject to the City's approved and promulgated policies and procedures related to the Work House.

53. That the City's policies and procedures for the Work House require that any inmate exhibiting hostile, suicidal, hysterical or otherwise erratic behavior be reported to, and evaluated by, a supervising officer.

54. That the aforesaid hostile, suicidal, hysterical or otherwise erratic behavior was witnessed by Defendants.

55. Defendants did not mention or otherwise report decedent's behavior to the supervising officer.

56. That the City's policies and procedures for the jail require that every inmate whom is know to be suicidal, or who has exhibited suicidal ideations, be monitored at ten or fifteen minute intervals.

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

57. That Defendants did not monitor or otherwise observe the decedent, despite knowing that the decedent was exhibiting suicidal behavior, for such a length of time, as he could have observed the decedent in his cell attempting, and ultimately succeeding, in hanging himself.

58. That the City's policies and procedures for the jail require that dangerous objects, and objects that could be used by inmates to attempt or commit suicide, be removed from holding cells.

59. That Defendants, despite this knowledge Defendants did not remove or change the sprinkler head, or remove ligatures from cell 4-11.

60. That Defendants removed Amy Pollock from suicide watch without consultation from a mental health professional, as is mandated by policy and procedure.

61. That Defendants were negligent and derelict in their ministerial duties in the following respects, to wit:

   a.  That Defendants did not report decedent's hostile, suicidal, hysterical or otherwise erratic behavior to the supervising officer.

   b.  That Defendants completely failed, neglected or chose not to monitor or otherwise observe decedent.

   c.  That Defendants failed to remove dangerous objects that could be used by inmates to harm themselves in that they failed to remove the sprinkler head and ligatures from cell 4-11 when they knew it could be utilized by an inmate to attempt or commit suicide.

62. That the aforesaid negligent and derelict actions of Defendants were the direct and proximate cause of the death of Amy Pollock.

63. That as a direct and proximate result of the negligence and dereliction of duty of Defendants, Amy Pollock was caused to suffer conscious pain and suffering and mental anguish up until the time of her death on September 3, 2016.

64. Plaintiffs have incurred funeral expenses on account of the death of Amy Pollock in an amount to be determined; that Plaintiffs have sustained pecuniary loss in the form of the future earnings of Decedent pursuant to R.S.Mo. § 537.090 and the value of Decedent's services in amounts to be determined; and that Plaintiffs, have been deprived of loss of services, companionship, comfort, instruction, guidance, counsel, training and support of Decedent.

WHEREFORE, Plaintiffs state that they have been damaged and all others entitled by law to participate in this cause of action have been damaged, for which damage they pray judgment against Defendants in such sum as may be fair and reasonable in the premises, but in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs herein and for such other and further relief as this Court deems just and proper.

## COUNT IV
## FAILURE TO PROVIDE ADEQUATE AND NECESSARY MEDICAL CARE IN VIOLATION OF THE FOURTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION
## 42 U.S.C. §1983

### PLAINTIFFS V.

**The City of St. Louis, Corizon, Farzana Siddique, MD, Brenda Mallard, MD, Clarence Lewis, Tammy Kuykendoll, Furetta Person-Brooks, Roschelle Norton, Megan Kittnell, Kati Rankin, Alicia Williams, Rayshell McPherson, Terence Miller, Keith Lenharth, Andrea Martin, Jannette Burton, Aletris Drummer, Brandon Vonderheidt, Jamall Joe, Tameco Bryant, Fred Rayford, Harrison Lyndsey, Charles Nelson, Heather Beck, Corey Prange, Amber Bass, Philander Hughes, Octavia Johnson, Nakia Chandler, Julia Rueckert, Minnette Watkins, Rose Johnson, Mark Benjamin, Gwendolyn Butler, Veronica Washington, Brittaney Ingram, Carlos Luna, Timothy Mann, Lenita Cherry, Kelly Morrow, Thomas Parks, Walter Ray, Keith Lenharth, Louis Hygrade, Russell Roberts, Kimola Muhammad, Elsa Diggs, Anita Kern, Dennis Hoffman, Lonnie Union, Terris**

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**Henderson, Machell Thomas, Matthais Arthur, Anthony Hoke, Sarita Collins, Mechee Martin Givens, Brandon Von, Jerrid Ross, Cordell Rucker, Andrew Vanderusen, Kevin Randolph, Tyrone Roberts, Chandra Carter, Felicia McKinney, Anthony White, Barry Martin, Crystal Campbell, Aisha Turner, McKevin Davis, Ryan Branson, Christina Johnson, Sean Johnson, Sheronica Crane, Pamela Clark, John Copher, Irene Jackson, Melvin Diggs, Shonta French, Patricia Tripp and Jeffrey Carson**

65. The Plaintiffs re-allege and incorporate by reference herein all of the allegations contained in the above paragraphs.

66. Defendants knew Decedent was in need of medical care, when from July 25, 2016 to September 3, 2016, Plaintiff informed Defendants of her mental conditions and symptoms.

67. Defendants were aware that suicidality can cause serious injury and death, and Defendants knew that decedent was suicidal, mentally ill, and needed medical care.

68. That Defendants, despite knowing of decedent's condition, and despite their knowledge of the cause of her mental health conditions, refused to provide proper medical care for Decedent despite their knowledge that emergency care was needed.

69. That the actions of Defendants, both individually, and acting together and in concert, constitute cruel and unusual punishment and violate the Eight Amendment to the Constitution of the Unites States.

70. Decedent was in Defendants' custody, and their refusal to provide Plaintiff appropriate medical care was objectively unreasonable conduct and was deliberately indifferent to the medical needs of Plaintiff.

71. As a result of Defendants' objectively unreasonable conduct and deliberate indifference to Decedent's medical needs, Decedent died on September 3, 2016.

72. That as a direct and proximate result of the actions of Defendants, Amy Pollock was caused to suffer conscious pain and suffering and mental anguish up until the time of her death on September 3, 2016.

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

73. Plaintiffs have incurred funeral expenses on account of the death of Amy Pollock in an amount to be determined; that Plaintiffs have sustained pecuniary loss in the form of the future earnings of Decedent pursuant to R.S.Mo. § 537.090 and the value of Decedent's services in amounts to be determined; and that Plaintiffs, have been deprived of loss of services, companionship, comfort, instruction, guidance, counsel, training and support of Decedent.

74. That the misconduct described herein was undertaken pursuant to the unconstitutional policies and practices of St. Louis City, Missouri, by and through the Department of Public Safety, Division of Corrections, and through the facility superintendent Jeffrey Carson.

75. If Plaintiff prevails, he is entitled to an award of attorney's fees pursuant to 42 U.S.C. §1988.

WHEREFORE, Plaintiffs state that they have been damaged and all others entitled by law to participate in this cause of action have been damaged, for which damage they pray judgment against Defendants in such sum as may be fair and reasonable in the premises, but in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs herein and for such other and further relief as this Court deems just and proper.

## COUNT V
## POLICIES, PROCEDURES AND PRACTICES IN VIOLATION OF THE FOURTH, EIGHTH AND FOURTEENTH AMENDMENTS TO THE UNITED STATES CONSTITUTION
## 42  U.S.C. §1983

### PLAINTIFFS V.

**The City of St. Louis, Alicia Williams, Rayshell McPherson, Terence Miller, Keith Lenharth, Andrea Martin, Jannette Burton, Aletris Drummer, Brandon Vonderheidt, Jamall Joe, Tameco Bryant, Fred Rayford, Harrison Lyndsey, Charles Nelson, Heather Beck, Corey Prange, Amber Bass, Philander Hughes, Octavia Johnson, Nakia Chandler, Julia Rueckert, Minnette Watkins, Rose Johnson, Mark Benjamin, Gwendolyn Butler, Veronica Washington, Brittaney Ingram, Carlos Luna, Timothy Mann, Lenita Cherry,**

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

**Kelly Morrow, Thomas Parks, Walter Ray, Keith Lenharth, Louis Hygrade, Russell Roberts, Kimola Muhammad, Elsa Diggs, Anita Kern, Dennis Hoffman, Lonnie Union, Terris Henderson, Machell Thomas, Matthais Arthur, Anthony Hoke, Sarita Collins, Mechee Martin Givens, Brandon Von, Jerrid Ross, Cordell Rucker, Andrew Vanderusen, Kevin Randolph, Tyrone Roberts, Chandra Carter, Felicia McKinney, Anthony White, Barry Martin, Crystal Campbell, Aisha Turner, McKevin Davis, Ryan Branson, Christina Johnson, Sean Johnson, Sheronica Crane, Pamela Clark, John Copher, Irene Jackson, Melvin Diggs, Shonta French, Patricia Tripp and Jeffrey Carson**

76. The Plaintiffs re-allege and incorporate by reference herein all of the allegations contained in the above paragraphs.

77. Defendants policies, procedures and customs and practices allowed the jail facility to be operated with no appropriately trained correctional officers and medical staff who could provide proper care for inmates, or properly respond to an inmate's serious medical needs including suicidality and severe mental illness.

78. Defendants policies, procedures and customs and practices required officers at the jail facility to assess an inmate's medical and mental conditions and determine if the condition was a serious medical emergency and/or a condition that required immediate treatment, when they were not trained to do so.

79. Defendant St. Louis City and Superintendent Jeffrey Carson provide no medical training to their officers or jail staff in regard to the performance of the aforementioned duties whatsoever, provided no training on assessing or dealing with mentally ill and suicidal inmates, or on proper monitoring procedures, and provided inadequate and incomplete training regarding the facilities own policies and procedures.

80. Defendants policies, procedures and customs and practices forced untrained officers to make diagnoses, and determine if medical attention is required for mentally ill or suicidal inmates, when the officers are not trained or competent to do such.

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM

81. That the actions of Defendants constitute cruel and unusual punishment and a violation of Decedent's due process rights, and violate the Eight Amendment and Fourteenth Amendment to the Constitution of the Unites States.

82. Decedent was in Defendants' custody, and their refusal and failure to have adequate policies, procedures customs and practice, were deliberately indifferent to the Constitutional Rights of Decedent.

83. As a result of Defendants' objectively unreasonable conduct and deliberate indifference to Decedent's Constitutional Rights, Decedent died on September 3, 2016.

84. That the misconduct described herein was undertaken with malice, willfulness, and reckless indifference to Decedent's health and safety and to her Constitutionally protected rights.

85. That as a direct and proximate result of Defendants' conduct, Amy Pollock was caused to suffer conscious pain and suffering and mental anguish up until the time of her death on September 3, 2016.

86. Plaintiffs have incurred funeral expenses on account of the death of Amy Pollock in an amount to be determined; that Plaintiffs have sustained pecuniary loss in the form of the future earnings of Decedent pursuant to R.S.Mo. § 537.090 and the value of Decedent's services in amounts to be determined; and that Plaintiffs, have been deprived of loss of services, companionship, comfort, instruction, guidance, counsel, training and support of Decedent.

87. That the misconduct described herein was undertaken pursuant to the unconstitutional policies and practices of St. Louis City, Missouri, by and through the Department of Public Safety, Division of Corrections, and through the facility superintendent Jeffrey Carson.

88. If Plaintiff prevails, he is entitled to an award of attorney's fees pursuant to 42 U.S.C. §1988.

WHEREFORE, Plaintiffs state that they have been damaged and all others entitled by law to participate in this cause of action have been damaged, for which damage they pray judgment against Defendants in such sum as may be fair and reasonable in the premises, but in excess of Twenty-Five Thousand Dollars ($25,000.00), plus costs herein and for such other and further relief as this Court deems just and proper.

Respectfully Submitted,

A.G. LARAMORE LLC

  /s/ Anthony G. Laramore
Anthony G. Laramore #63017
10024 Office Center Avenue
Suite 202
St. Louis, MO 63128
Phone: (314) 241-0999
Fax: (314) 297-0939
agl@laramorelaw.com


SHEA KOHL LAW, LC

/s/ Nathan A. Steimel
Nathan A. Steimel #57675
400 N. Fifth St., Ste. 200
St. Charles, MO 63301
Phone: 636-946-9999
Fax: 636-946-8623
nsteimel@sheakohllaw.com

Electronically Filed - City of St. Louis - August 30, 2019 - 05:36 PM